| Name | TINA LOUISE ROBERTS |
| Street Address | 1475 IMPERAL AVE UNI155 |
| City and County | SAN DIEGO  CA |
| State and Zip Code | CAILF 92101 |
| Telephone Number | 619 N931-6074 |

**MAINTAIN ON PAPER**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

TINA LOUISE ROBERTS

1475 IMPERAL AVE UNIT155

SAN DIEGIO CA 92101

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

MEDICAL BOARD ENFORCEMENT ANALYST

2005 EVERGREEN STREET SUITE 1200

SACRAMENTO CA 95815/ 8002O22090821

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22-CV-1694-KJM-JDP(PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

**FILED**

SEP 26 2022



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | TINA LOUISE ROBERTS |
| Street Address | 1475 IMPERAL AVE UNIT155 |
| City and County | SAN DIEGO  CA |
| State and Zip Code | CAILFORINA 92101 |
| Telephone Number | 619 931-6074 |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BRAIN BOWMAN |
| Job or Title (if known) | MEDICAL BOARD ENFORCEMENT ANALYST |
| Street Address | 2005 EVERGREEN STREET SUITE 1200 |
| City and County | SACRAMENTO CA 95815.ANDDREW T WILLIAMSON |
| State and Zip Code | CAILFORINA 95815-5401 |
| Telephone Number | 916 263-2455 |

Defendant No. 2

| | |
|---|---|
| Name | CARA BERGAMAMO |
| Job or Title (if known) | MEDCAL DOCTOR FOR SCRIPP  ER DEPT |
| Street Address | 4077 5TH  STREET |
| City and County | SAN DIEGIO CA 92101 |
| State and Zip Code | CAILFORINA 92101 |
| Telephone Number | 619 294-8111 |

Defendant No. 3

| | |
|---|---|
| Name | ANDREW .T WILLIAMSON |
| Job or Title (if known) | SHARP ER DEPMENT NP MD |
| Street Address | 7901 FROST ST, |
| City and County | SAN DIEGIO |
| State and Zip Code | CAILFORINA 92123 |
| Telephone Number | 858-939-5611 |

Defendant No. 4

| | |
|---|---|
| Name | RUTH RIVERA |
| Job or Title (if known) | MANGER OF STUDIO 15 LOCK AND KEYS |
| Street Address | 1475 IMPERAL AVE UNI155 |
| City and County | SAN DIEGO  CA |
| State and Zip Code | CAILFORINA 92101 |
| Telephone Number | 619 432-1390 |

## II.     Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

PERSONAL AND SUBJECT HEALTH ISSUE

DUE TO THE  DEFEDANTS STATUS

HIGH LEVEL COURT

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* TINA LOUISE ROBERTS , is a citizen of the State of *(name)* CAILFORINA .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* NOT , is incorporated under the laws of the State of *(name)* NA , and has its principal place of business in the State of *(name)* NA .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* BRAIN BOWMAN , is a citizen of the State of *(name)* CAILF . *Or* is a citizen of *(foreign nation)* YES .

4

b.    If the defendant is a corporation

The defendant, *(name)* CARA ELIZABETH BERGAMO is incorporated under the laws of the State of *(name)* CAILF _____, and has its principal place of business in the State of *(name)* UNKNOWN _____. *Or is* incorporated under the laws of *(foreign nation)* UNKOWN _____, and has its principal place of business in *(name)* UK _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

350.000.00

THE GROSS NEGECLT SHOOTING IN THE ER DEPT BED AND DEINED

THE MD WILLIAMSON DENED XRAY AND OF PROPERTY TEST KIT AND PROPER MEDCAL MD

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

DUE TO THE GROSS NEGLECT BY THE MD BERAMO  MEDICAL RECORDER NUMBER 701014680

SHE NEGECLECT TO DO THE FULL TEST SAYING I WAS A MENTAL AND BAD GIRL AND

AND SAID THERE  DUE TO NO POLICE.THE MD AND HER COWORKER STUCK IN THE SIDE

OF HEAD AND STUCK ME TWO TIMES IN MY CHEST GET THAT NIGGER OUT HERE..I HAVE

I HAD HUGE KNOT AND BLOOD IN MY STOOL NO HELP BECAUSE YOU SIN SIN AYLIST NELGECT

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I TINA LOUISE ROBERTS HAS BEEN DENED FOR RUTH RIVERIA .CARLOS
MEDINE AND ABEL S THE SCRIPP ER DEPT AND SHARP ER DEP
THEY HAVE ALLOWED BURN,SEXAUL BATTERY AND RADIO CALL.TO STAFF
GIVE THEM UPDATE PSCH REPORT.I HAVE BEEN SHOT 2 TIMES THEY DID
THE BLOOD READING 189 //56/89 AND NELGECT TO NOTIVIVE CARGLIOST

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  SEPT 16   , 20__.

Signature of Plaintiff

Printed Name of Plaintiff    TINA LOUISE ROBERTS

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        EASTERN DISTRICT OF CALIFORNIA
10
11   TINA LOUISE ROBERTS                          No.
12            Plaintiff,
13        V  TAMPERING CASE
14   CITY DEPT / LIBRARY NATILA
     SECUERTYGUARD UNIT 164
15   1105 FRONT STREET
     SAN DIEGIO 92101`
16
17
              Defendant.
18

19       I TINA LOUISE ROBERTS HAS BEEN IN THIS LIBRAY OVER 15 TIMES AND
20   EACH TIME.  SECURTY GUARD GAVE A LINK TO STUDIO 15 EMPOYEE AND
21   SECURTY GUARD .REMOVED DATA AND USED TYPE WRITTER APP FROM
22   ANOTHER COMPUTOR . DUE THE JUDGE CLAIMING I WAS TO DUMB. TO
23   UNDERSTAND THE ENGLISH WORDS. STUDIO 15 HAS WON  CASES . DUE TO A
24   DUMB NIGGER. IT IS HOOD CORBATION OF MEN AND WOMEN THAT ARE
25   MEDCATE PEPLE OF COLOR AND  REMOVE A STATEMENT AND FEDERAL CLAIM
26   FOR RUTH RIVERIA AND HER STAFF. CARMY 8ZQC155 DARK BLUE ;AND THE OTH
27   BLACK OUT BY RUTH RIVERIA  HUSAND EMPOYEE ;8VAA748 WHITE CARMY THAT
28
                                    1

1  WAS IN FRONT OF BUILDING STUDIO 15 .WORK FOR PARK AND REC THAT

2  RIVERIA HUSAND WORKS FOR THAT DEPARTMENT. AND HAD ME BURN BEAT

3  SHOWER HOOK 250 DEGREE HOT HEAT WHILE IN SHOWERING AND DIFFERENT

4  DAYS WITH A CARVO IRON MY HUSAND WONT LET TOUCH ME ITCH BITCH

5  I TINA LOUISE ROBERTS IS ASKING THAT YOU HEAR MY CASE THAT YOU

6  ALLOW JURISDICTION TO BE TO YOURE COUNTY AND TO ALLOW 4 EEOR TO

7  USED AS ATTACKING LAYWER WHICH ME AND LIBRARY STREET THAT USED

8  ALARM KEY SECURTY GUARD GUN I HAVE TRIED TO A LAYWER WAS DENIED

9  THE LIBRARY STOLED A FEDERAL COMPETED FORM AND RUTH RIVERIA

10  STOLED SOME PART OF CLAIM

11  BRAIN BOWMEN SHOULD BE RESPONBLE FOR THE SAFETY OF PATEINT

12  AND DO HIS JOB NO XRAY WERE TAKE I SENT ON NOV 2, 2 SHOOTING TO SKULL 7

13  EXBITS INCLUDED .I PHOTO DENIED BY SCRIPP ER DEPT TOUGUE WAS SWOLLEN

14  FOR 15 DAYS 3 PHOTO INJURY WHILE IN ER DEPT SCRIPPS 4077 5 STREET

15  SANDIEGIO AND FOGREY OF MY INFORMATION PROFF THAT HAPPEN HE

16  REFUSED TO CALL POLICE

17  AND THERE FORM FROM MEDCAL ER DEPT FORM THAT ANDEW

18  WILLIAMSON DENED MEDCAL HELP FOR SAN DIEGIO POLICE ON NOV 2 2020  9 16

19  AM AND AGAIN 2022 FOR SEXAUL BATTERY AIMMING A GUN AT MY GOIN AREA

20  AND PULLING THE TIGGER. MR BOWEN NEVER SENT A PROPER FORM OF

21  CL18 REV 01-2019 TO MY HOME OR EMAIL AND THE TIMES AND DATES ALL

22  INFORMATION WAS REMOVED AND DELATED FROM MY PHONE NOT HIS I FEEL

23  THAT IT WAS UNJUST AND UNPROPER FORM OF DISCRIMINATION OF AGE CREED

24  REGIOUUS BELIEF AGE AND COLOR .

25

26

27  *Tina p Me*

28  *Sept 22, 2022*                    2

Tina louise Roberts
1475 imperal ave unit 155
San diego cailforina 92101 619 931-60745

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

[Plaintiff Name]TINA LOUISE ROBERTS

           Plaintiff,

      vs.

[Defendant Name(s)] MEDICAL BOARD BRAIN

BOWMAN;   ENFORCEMENT ANALYST 2005

EVERGREEN STREET SIUTE 2000 95815

CONTROL NUMBER

8002022090821.8002021082237.VICTIM  CASE

NUMBERA147153

/CARA BERGAMO MD. SCRIPPS ED DEPT

RUTH RIVERIA /STUDIO15 MANGER

TED WILLAMSON MD SHARP HOSPTAL

           Defendant(s)

)
)
)
)
)
)
)
)
)
)

Case No.: No. _____

[PLEADING TITLE]

I TINA LOUISE ROBERTS WAS ASSULT BY MANNGER AND TWO FAIMLY MEMBER CARLOS

MEDINE AND RUTH RIVERIA  ON 3 DIFFERENT TIMES I TRAPORTED MY SELF DUE TO THE

ALLOWING THE ASSUL 7 SWITCH BLADE MARKS TO THE BACK AND TWO SHOTS TO BACK OF MY

GHEAD AND ONE SHOT TO MY PRIVATEA LEAVING HUGE BUMB I TOLD MR WILLAMSON WHAT

HAPPEN ON BOTH TIMES ONE HE CANT DUE ANY OF WEAPON THAT SHOT ME DUE THE POLICE

AND HE CANT DUE NOTHING FOR CUTTS OF MIKE SWITCH BLADE WHO ABEL BROTHER I WROTE

THREE STATEMENTS OF ASSULT AND BATTERY WHILE IN THE ER AND WAS TOLD DUE MANGER

1  AND POLICE TO WRITE JUSFIED FOR A VOLENT METAL ILL PATEINT THAT WAS TRUSPASSING ON

2  HIS PROERT AND IT ALL FOR STUDIO 15 AT 1475 IMPERAL ACVE THAT BOARD OFFICER BOWMEN

3  BLAME THE POLICE FOR ALL CRIMES AND NOT THE MANGER AND WILLSOM SAID HE KNOWNS

4  MEDINE AND HIS FATHER NEED THE LAYWER BUSSNESS AND ALL CASE HAS BEEN CLOSED HE

5  RELESASE MEDCAL INFORMATION AND WAS ALLOWED TO ISSUE A WEAPON MEDCAL DEVICE

6  BEAT BEAT BUTTHOLE AND GRING AREA ALL WITHCARA BERGAMNO MD WHO ALSO WORK FOR

7  SHARP URGENT CARE AND SCRIPPS HOSPTAL AND THERE NO CALL ON MY PHONE FOE THE TWO

8  MD WILLMAS AND BERGAMNO THESE TWO MD AND BRAIN BOWMEN NEGLECTED A PERSON OF

9  COLOR. GREED .AND RELIGIOUS . THE STAFF TOOK FORM AND HER COWORKER  HARD DRIVE

10  CAME TO LIBRAY AND FIX PAPER JERMERY FROM JUREWRITZ LEGALTERM SHE FULL WATCH OF

11  RESEDENTS TO STRUCK IN ASSHOLE AND SHE PUT ALERT MY I HAD RECTUM TEAR BLOOD IN

12  OUT IF BUTT VISBLE INJURES AND THE BOTH WROTE NOTHING NO REPORT AND NOTIFED NO

13  POLICE SECURTY GUARD FROM STUDIO 15 PUT ALERT JOSE ROBERT FOR THE PEOPLE WE WILL

14  GET RID OF HER AND AS IN THE LIBRAY THEY STUCK ME UP BUTT FOR CARA BERGAMNO  UNTIL

15  CASE CLOSED

16  You **MUST** include:

17       1. The JURISDICTION  DUE TO WILLMASON TED CASE I HAD 18 LASHING TO MY BACK

18  THEY BROKE MY SHOULDER BONE I NEVER GOT ANYTHING IN MAIL FOR WILLMASON ,STUCK IN

19  MY 7 TIMES STILL HAD HUGE KNOT RETAITION  WE PERMISSION TO FILE

20       2. The ALLEGATIONS; SUSPENSION AND PLACE ON PROBATION DUE NATURE OF CRIME

21  LACK OF CONCERN  NOT TESTING URINE AND STUCKING ME IN HEAD 4 VIEN ARE SHOWING

22  RIGHT MENBRAIN AND SHOT IN SHULDER ALMOST FALLING OF NOTES ARE WRONG LADGE

23  KNOT UP RECUM THAT WAS NOTES THAT CARA BERDGAMO MD AND RUTH RIVERIA FOR

24  ALLOWING SSUGERY MED  TO VIEW THE RECUM AT MY UNIT HEADACHE IS ALLERGY FOR

25  ANSTHIA AND TED WILLMASON FOR FAVOR OF FRINED AND DIRTY COP AND SAYING IM LIEING

26

1  THAT THE PERMISSION TO VIEW . I HAVE THRER WITNESS OF THE INJURY THAT THE NEEDED TO

2  PROCESS AND GIVEN TO RIGHT OFFCIAL

3      3. The RELIEF you are seeking from the court.  IM REQUESTING TO MAKE THESE DEFENDANT

4  LIABLE FOR COURT COST PAIN AND SUFFERING  SLANDER WRONG DIAGNOSIS 350.000.00

5                              Dated this [15 day of SEPT, 2022]

6

7                              TINA LOUISE ROBERTS
                               [Plaintiff Name], Pro Se
8                              1475 IMPERAL AVE 155 UNIT
                               SAN DIEGO CA 92101
9                              619 931-6074

10                      ..

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1  Name: TINA LOUISE ROBERTS

2  Address: 1475 IMPERAL AVE UNIT155

3  SAN DIEGO CAILFORINA 92101

4  Phone: 619 931- 6074

5  Fax: _____

6  In Pro Per

7

8                        UNITED STATES DISTRICT COURT

9            Eastern
                      ·CENTRAL DISTRICT OF CALIFORNIA

10 TINA LOUISE ROBERTS                    | CASE NUMBER:

11                                         | _____

12                              Plaintiff  | To be supplied by the Clerk of
                                          | The United States District Court
13                        v.

14 BRAIN BOWMEN ANALYST/ MEDCAL BOARD      |        **COMPLAINT**

15 2005 EVERGREEN SUITE 2000 SACRMENTO CA 95815

16                            Defendant(s). |

17 THE ANALYST MR BOWMEN REFUSED TO REMOVE THE MD WILLIMSON ON SECTION

18 2230.5 AND MAKE GROUND FOR DISCIPLINARY ACTION FOR GROSS NEGLECT OF

19 INJURY TO THE PRIVATE AREA HE ALLOWED THIS MD WHO CONTROL NUMBER IS

20 8002021082237 TO REMAIN INVOLED WITH THIS CASE GETTING HEAD BY MR

21 WILLIAMSON LAYWER WHO IS MR MEDINE LAYWER AT MY COMPLEX WHO THE

22 HEAD OF KEY RELEASE WITH CO WORKER .EXBITS ARE INCLUDED PHOTO.

23 THERE WAS HUGE KNOT ON MY PRIVATE AREA .FROM A SHOOTING I SENT THE

24 ANALYST PICTURE OF INJURY .AND HIS COWORKER KNEW THAT IT WAS THERE

25 AADDA THE OTHER MD STATEMENT WAS MADE BY HER WITHOUT MD

26 WILLIMASON.THATSHE WANTED ME TO COME BACK IF THAT BUMP BUSED THE MD

27 ANDREW WILLIAMSON SAID THAT HE WAS NOT GOING MAKE A REPORT AND HE

28 DINDNT SEE NOTHING AND THE HE WOULD NEVER SIGN NOTHING FOR ME.

1  THE ANALYST PHOTOGRAPHY WERE PROFF AND DUE TO THAT HE STUCK ME TWO
2  MORE IN MY PRIVATE AREA AND HELD WEAPON TO MY PRIVATE AREA THAT
3  DAMAGE MY LINNY BONE HE BURN AND BURN TOUGUE OVER THIS CASE BEAT MY
4  INJURY KNEECAP I WENT SCRIPPS HOPSTAIL AND HER RN TEAM SHOWED UP.
5  WITHMD HERDENZ NOTE THAT THE WEAPON USED BENT MY LINY BONE WHILE I
6  WAS SITTING IN MY WHEEL CHAIR . DUE CLAIM AGAISNT ANDEW  WILLIMSONTHE
7  RELTAED AGAIN AND I SENT ALL OF THOSE AND STILL DISCRAMMED AGAINT
8  BLAMING THE POLICE FOR CALL THAT HE REFUSED TO MAKE PER LAW
9  2 CONTROL NUMBER WAS WAS DONE BY ANALYST BRAIN BOWMEN  CARA BERGAMO
10 SCRIPPS HOSPTAL 4077 5 STREET SAN DIEGIO CA 92103 CONTROL NUMBER
11 8002022090821  THIS COMPLAINT WAS FILED FOR NEGLECT OF PATEINT MENTAL
12 STATE AFTER BEING SHOT UP MY RECTUM BY MANGER AND SECRUTY GUARD WHILE
13 GOING NUM 2 SHE CHANTED IN FRONT MY UNIT HALLWAY THEY PONIT ME OUT
14 AND AIM A WEAPON UP MY RECTUM SHE DID SAY THAT THERE WAS A KNOT AND
15 SHE NEVER DID WHILE WAITING HER AND NOTHER NP AND RN STUCK ME I MY
16 HEAD ON RIGT SIDE WHILE IN BED AND SHOT TWO TIMES IN MY SHOUDLDER
17 COMPRESSING A OLD INJURY CAUSE HOLE SHOCK MANY TIMES WHILE WAITING I
18 SCREAMING .DUE RN STATION OF ABUSE THIS WAS GIVEN TO ANALYST WITH 3
19 PHOTO AND MD BERGAAMO REFUSED TO CALL POLICE AND MAKE THE PROPER REP
20 [ORT. SHE DIEASE SAMPLE AND SEXUAL KIT. SHE NOT COMPLETE TEST OF URINE AND
21 THE FESIE SHE THERE WAS BUBBLES SHE STAE IT NOTHING I SENT ALL THAT TO MR
22 BOWMEN I FAX THE COMPLAINT AND HE SAID HE WAS GOING TO DO THAT CASE I
23 DIDNT WANT HIM INVOLED TO BATTERY AND ASSULY OF PERSON TO BE BATTERED
24 OF MENTAL INLNESS RN  QUALITY OF CARE BY MD AND TWO DIFFERENT HOSPTAIL
25 WHICH WAS SHARP UNGENT CARE WHEN WHIP MY PRIVATE AREA LINE LASHING
26 FOR STUDIO AND OTHER THAT COUNLDNT TAKE HIS LIN SHE LIED ABOUT THAT
27 SHE  DOES PERSONAL FAVORS AND I HAVE BRUISED ELBOW ASSULT FOR CLAIM FILE
28 THE ALALYST SAID IT WAS THE POLICE FAULT AND NOT MD SCRIPP/SHARPS ER DEPT

1   Name: TINA LOUISE ROBERTS

2   Address: 1475 IMPERAL AVE UNIT155

3   SAN DIEGO CAILFORINA 92101

4   Phone: 619 931- 6074

5   Fax: _____

6   In Pro Per

7

8   **UNITED STATES DISTRICT COURT**

9   Eastern ~~CENTRAL~~ **DISTRICT OF CALIFORNIA**

10   TINA LOUISE ROBERTS

| | |
|---|---|
| TINA LOUISE ROBERTS | CASE NUMBER: |
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| RUTH RIVERA /PROPERTY MANGER RENT INQIRIES /COMPLAINTS 619432-1387 /SOLIRI ATL | **COMPLAINT** |
| Defendant(s). | |

17 I TINA LOUISE ROBERTS HAS MANGER WHO NO LINESCE TO GIVE MEDS CONCERN

18 OF PEPOLE MENTAL STATE OR PERSONAL INFORMATION .AND KEYS . PLASUM

19 WASTE IN MY TO ALLOWED DIFFERENT PEOPLE TO VIEW AND REPORT HER

20 FINDING AND MD AT SCRIPPS ER DEPT AND SHARP ER BEING HER PERSONAL POLICE

21 GUARD .THESE WERE PERSON WERE ALLOW TO BEAT BONE AND ELETRICAL DEVICE

22 THEY HADME DETAIN IN MY UNIT TO HE DIFFERENT PEOPLE TO FOLLOW AND

23 VIEW SHE 5 CARETAKERS AND TWO NP THAT BEAT RETUM FOR HER AND WITH HER

24 THE POLICE ONLY KNOW ABOUT THING IF FILL OUT FORM .SHE ROB DATA WITH

25 SECURTY OF MY PERSONAL INFRONT SHE TOOK CASE FROM MAIL CARRIER SHE FED

26 EX HELPING AND PERSONAL MAIL JAMMER FROM CORY . THE WASTE FROM COV 19

27

28

1 THE TWO MANGER KNEW THAT THIS PERSON HAD DIEASE AND ILNESS HE THREW IN

2 YARD AND SHE TOOK HIS VOMIC AND THREW IT JUG OF ORANGE JUICE SHE

3 ALLOWED SIT IN EMPTY 157 AND BROKE AND FRATURE BONES SHOULDER ;HAND;RIB

4 CAGE .SHE REPEATLY BEAT. STUCK WITH BEHAVOR STICK MINI BATON  GIVE .HER

5 AND CARLOS MENDINE VOLATED MY RIGHTS BY CODE 2356.9 TO ENTER A COMPLEX

6 UNIT WITH PERMISSION AND TAMPER WITH FOOD . FROONZEN LINK INTO AND

7 RESDENTS HAS KEYS FOR IF SAY ANYTHING OR LIVE THE PROPERTY AND WHY I GET

8 HE BEAT AND BURN IN BETWEEN LEGS .STINKY PUSSY .BUD BUG NIGGERIA. IS WHAT

9 CALL ME . AND FRIDAY CONTUSION LEFT ELBOW 10 CONTUSION FROM COMPLEX.

10 THERE WAS FEISE WITH BED BUG FIES IN IT. HE BUT ASHUM PUMP IN MY ITEMS

11 OXGEN MASK TO SUFFACATE HER AND STAFF USED UNIT AS VOLENT STEPHINE

12 BENTIEZ  THEY USED WELFARE CODE 5332 FOR DETAINED PURUANT 5150 BY SAN

13 DIEGO POLICE AND RESDENTS AND PEOPLE IN THE COMMUTY AGREED DEGRATING

14 SIGN WITH SHERIFF GOODY  AND THEY TREATING PHYSICAN ON RULE 8.4.5 THE

15 COUNTY MENTAL HEALTH SECURTY GUARD TO FORM AND THEM FILE OUT AND

16 MARIE GRIFFTY SHE KNOW WORKS FOR  CLEAN AND SAFETY ALLIED SECURTY

17 GUARD ALARM SETER WIRE WAS ALSO USED BOVID AND JESSICA DID ACTION

18 RUTH RIVERIA IS NOT MD SHE RN SHE ALLOWED IN UNIT TO DROP OFF ENTER TO

19 MEDS IN SHE HAS NO RIGHTS TO DUE THE THING SHE DOES SHE THREAT HER I WAS

20 BEAT AND BURN 16 DAYS DUE YOURE LIE I HAVE BONE THAT TAKE 4 TO 6 MONTHS

21 TO HEAL YOU CONTACT AND ROB THE MEDCAL FORM FROM MY WITH MD

22 WILLIMSON AND CARCARA BE5RGAMO SHE NOFTIY THEM VOLATION OF MY CIVIL

23 RIGHTS . BURN MY BACK LIGHT FIXTURE AND BURN MY HAIR AND FEET TOES

24 THE PAIN THE I REVEIED BY THE OTHER FOR TALK TO SELF PRIVATE AREA SMELLS

25 UP HOLE COMPLEX YOU DIEASE BLACK AND NASTY YOU WONT STOP SINGING

26 GOSPEL AND GET OUT MY COMPLEX . I TOOK PICTURE OUT OF MY SAFETY INCASE

27 ONE WEAPON WOULD BE FATUAL  I WAS BURN ON EVERY HOLDAY LABOR DAY2022

28


**Scripps**

Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336


*40050090000051357*
000 0003490 00000000 0001 0001 03490 INS: 0 0
TINA L ROBERTS
1475 IMPERIAL AVE
APT 155
SAN DIEGO CA 92101-7800

June 1, 2021

Dear Tina L Roberts:

Maintaining the confidentiality and security of our patients' information is something Scripps Health takes very seriously. Regrettably, we are writing to inform you of an incident involving some of that information.

On May 1, 2021, we identified unusual network activity. We immediately initiated our incident response protocols, which included isolating potentially impacted devices and shutting off select systems. We also began an investigation with the assistance of computer forensic firms. The investigation determined that an unauthorized person gained access to our network, deployed malware, and, on April 29, 2021, acquired copies of some of the documents on our system. On May 10, 2021, we discovered that some of those documents contained patient information. Upon conducting a review of those documents, we determined that one or more files may have reflected your name, address, date of birth, health insurance information, medical record number, patient account number, and/or clinical information, such as physician name, date(s) of service, and/or treatment information.

We have **no** indication that any of your information has been used to commit fraud. However, we recommend that you review the statements you receive from your healthcare providers and health insurer. If you see any medical services that you did not receive, please call the provider or insurer immediately. To help prevent something like this from happening again, we are continuing to implement enhancements to our information security, systems, and monitoring capabilities.

We deeply regret that this incident occurred and for any concern this may cause you. We value your trust and confidence in Scripps Health, and look forward to continuing to serve you.

If you have any questions, please call the dedicated call center established for this matter at 1-855-535-1822, Monday through Friday, between 6:00 a.m. and 6:00 p.m. Pacific Time.

Sincerely,

Taunya Juliano
Corporate Compliance & Privacy Officer

AD5621 v.01

 Scripps

Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336


*40050090000051357*
000 0003490 00000000 0001 0001 03490 INS: 0 0
TINA L ROBERTS
1475 IMPERIAL AVE
APT 155
SAN DIEGO CA 92101-7800

June 1, 2021

Dear Tina L Roberts:

Maintaining the confidentiality and security of our patients' information is something Scripps Health takes very seriously. Regrettably, we are writing to inform you of an incident involving some of that information.

On May 1, 2021, we identified unusual network activity. We immediately initiated our incident response protocols, which included isolating potentially impacted devices and shutting off select systems. We also began an investigation with the assistance of computer forensic firms. The investigation determined that an unauthorized person gained access to our network, deployed malware, and, on April 29, 2021, acquired copies of some of the documents on our system. On May 10, 2021, we discovered that some of those documents contained patient information. Upon conducting a review of those documents, we determined that one or more files may have reflected your name, address, date of birth, health insurance information, medical record number, patient account number, and/or clinical information, such as physician name, date(s) of service, and/or treatment information.

We have **no** indication that any of your information has been used to commit fraud. However, we recommend that you review the statements you receive from your healthcare providers and health insurer. If you see any medical services that you did not receive, please call the provider or insurer immediately. To help prevent something like this from happening again, we are continuing to implement enhancements to our information security, systems, and monitoring capabilities.

We deeply regret that this incident occurred and for any concern this may cause you. We value your trust and confidence in Scripps Health, and look forward to continuing to serve you.

If you have any questions, please call the dedicated call center established for this matter at 1-855-535-1822, Monday through Friday, between 6:00 a.m. and 6:00 p.m. Pacific Time.

Sincerely,

Taunya Juliano
Corporate Compliance & Privacy Officer

AD5621 v.01

# Discharge/Home Care Instructions

Sharp Memorial Hospital
7901 Frost St.
San Diego, CA 92123
(858) 939-3411

45893527        09/02/2020
ROBERTS,TINA LOUISE    AGE: 5
00-65-09-62 OPE  06/13/1967 SEX:
BIZE**    Y MATTHE  101-362-248

**Name:** ROBERTS, TINA LOUISE
**Current Date:** 9/2/2020 11:06
**DOB:** 06/13/1967        **MRN:** 00-65-09-62        **FIN:** 45893527

**Chief Complaint:** HEAD INJURY

**Visit Date:** 09/02/2020 09:16

**Phone:** (619)755-1368

**Primary Care Provider:**
  **Name:** 90356 -SAN YSIDRO, HEALTH

168/74

**Phone:**

**Emergency Department Care Providers:**
  Williamson, Andrew

## Follow-up Instructions

ROBERTS, TINA LOUISE  has been given these follow-up instructions:

## Discharge Patient

• Discharge To: Home, Special Instructions: with prescriptions

| With: | Address: | When: |
|---|---|---|
| Your Primary Care Provider | | Within 1-2 days |

**Comments:**

# Discharge/Home Care Instructions

Sharp Memorial Hospital
7901 Frost St.
San Diego, CA 92123
(858) 939-3411

45893527        09/02/2020    AGE: 5
ROBERTS,TINA LOUISE
00-65-09-62 OPE 06/13/1967 SEX:
BIZ~    Y MATTHE 101-352-248

**Name:** ROBERTS, TINA LOUISE
**Current Date:** 9/2/2020 11:06
**DOB:** 06/13/1967          **MRN:** 00-65-09-62          **FIN:** 45893527

**Chief Complaint:** HEAD INJURY

**Visit Date:** 09/02/2020 09:16

**Phone:** (619)755-1368

**Primary Care Provider:**
  **Name:** 90356 -SAN YSIDRO, HEALTH

Phone:                                              168/74

**Emergency Department Care Providers:**
  Williamson, Andrew

## Follow-up Instructions
ROBERTS, TINA LOUISE  has been given these follow-up instructions:

## Discharge Patient

• Discharge To: Home, Special Instructions: with prescriptions

| With: | Address: | When: |
|---|---|---|
| Your Primary Care Provider | | Within 1-2 days |

**Comments:**

# MEDICAL BOARD
## OF CALIFORNIA

Protecting consumers by advancing high quality, safe medical care.

**Enforcement Program**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

Gavin Newsom, Governor, State of California | Business, Consumer Services and Housing Agency | Department of Consumer Affairs

September 12, 2022

Tina Roberts
1475 Imperial Avenue, #155
San Diego, CA 92101

Re:                  Cara Bergamo, MD
Control Number:   8002022090821

Dear Tina Roberts:

This is to advise you the Medical Board of California (Board) has completed its review of the complaint you filed against Dr. Bergamo.

When evaluating complaints which allege that the quality of care provided by a physician was inadequate, the Board must be able to substantiate that the physician's conduct departed from the "standard of practice of medicine" in order to establish a violation of the Medical Practice Act. As a licensing agency, the Board has the authority to enforce the provisions of the Medical Practice Act within the California Business and Professions Code, however, the primary focus of our review is to determine whether sufficient cause for concern exists to warrant pursuing a formal investigation based on the circumstances presented in the complaint. A formal investigation is undertaken when it appears that a significant departure from the standard of practice of medicine may have occurred which, if proven, would indicate the physician's license to practice medicine should be subject to discipline. Discipline could include a letter of reprimand, suspension, revocation, or placing the physician's license on probation.

We have had an opportunity to review the issues raised in your complaint to assess whether a possible violation of the Medical Practice Act has occurred. Based on the information provided, it was determined that further review would not result in disciplinary action being taken against Dr. Bergamo's license. As such, this complaint has been closed.

Thank you for contacting the Medical Board of California. We regret we are unable to be of further assistance at this time.

Sincerely,

*Brian Bowman*

Brian Bowman
Enforcement Analyst
(916) 263-2455



Take a Consumer Satisfaction Survey on your phone or online at www.surveymonkey.com/r/consumeraffairs. Use your smart phone to download a QR reader from your app store.

Scan this code
to take online.

CL13 (Rev 01-2019)

# MEDICAL BOARD
## OF CALIFORNIA

Protecting consumers by advancing high quality, safe medical care.

**Enforcement Program**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

Gavin Newsom, Governor, State of California | Business, Consumer Services and Housing Agency | Department of Consumer Affairs

September 12, 2022

Tina Roberts
1475 Imperial Avenue, #155
San Diego, CA 92101

Re:                   Cara Bergamo, MD
Control Number: 8002022090821

Dear Tina Roberts:

This is to advise you the Medical Board of California (Board) has completed its review of the complaint you filed against Dr. Bergamo.

When evaluating complaints which allege that the quality of care provided by a physician was inadequate, the Board must be able to substantiate that the physician's conduct departed from the "standard of practice of medicine" in order to establish a violation of the Medical Practice Act. As a licensing agency, the Board has the authority to enforce the provisions of the Medical Practice Act within the California Business and Professions Code, however, the primary focus of our review is to determine whether sufficient cause for concern exists to warrant pursuing a formal investigation based on the circumstances presented in the complaint. A formal investigation is undertaken when it appears that a significant departure from the standard of practice of medicine may have occurred which, if proven, would indicate the physician's license to practice medicine should be subject to discipline. Discipline could include a letter of reprimand, suspension, revocation, or placing the physician's license on probation.

We have had an opportunity to review the issues raised in your complaint to assess whether a possible violation of the Medical Practice Act has occurred. Based on the information provided, we have determined that further review would not result in disciplinary action being taken against Dr. Bergamo's license. As such, this complaint has been closed.

Thank you for contacting the Medical Board of California. We regret we are unable to be of further assistance at this time.

Sincerely,

*Brian Bowman*

Brian Bowman
Enforcement Analyst
(916) 263-2455



Take a Consumer Satisfaction Survey on your phone or online at
www.surveymonkey.com/r/consumeraffairs. Use your smart phone to download a QR reader from your app store.

**Scan this code to take online.**

CL1s (Rev 01-2018)













