UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA LOUISE ROBERTS, | Case No. 2:22-cv-01694-KJM-JDP |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE A SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| BRIAN BOWMAN, *et al.*, | |
| Defendants. | |

Plaintiff filed a complaint together with an unsigned application to proceed *in forma pauperis*. ECF Nos. 1 & 2. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because the application to proceed *in forma pauperis* is not signed, ECF No. 2, it will be disregarded. Within thirty days, plaintiff shall submit either a signed and completed application to proceed *in forma pauperis* or pay the $402 filing fee.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's unsigned application to proceed *in forma pauperis*, ECF No. 2, is disregarded.

2. The Clerk of the Court is directed to send plaintiff the form application for leave to proceed *in forma pauperis* used in this court.

1

3. Within thirty days of the date of this order, plaintiff shall submit either a signed and completed application to proceed *in forma pauperis* or pay the $402 filing fee.

4. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   October 9, 2022                              _____
                                                                          JEREMY D. PETERSON
                                                                          UNITED STATES MAGISTRATE JUDGE