UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA LOUISE ROBERTS, | No. 2:22-cv-01694-KJM-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| BRIAN BOWMAN, et al., | |
| Defendants. | |

On January 18, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed several additional complaints, a request for "video court" and objections to the findings and recommendations. ECF Nos. 11–15.

The court has reviewed the file de novo and finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed January 18, 2024, are adopted;

2. This action is dismissed without leave to amend; and

3. The Clerk of Court is directed to close the case.

DATED: August 22, 2024.

CHIEF UNITED STATES DISTRICT JUDGE